DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARIO GONZALEZ-LIZOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-328 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| MARIO GONZALEZ-LIZOLA, | ) | |
| | ) | Date:  November 30, 2007 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Mario Gonzalez-Lizola, as follows:

The Status Conference date of October 12, 2007 should be continued until November 30, 2007. The reason for the continuance is that defense will be continuing to reviewing discovery in Spanish with the defendant. In addition, counsel needs additional time to go over the guidelines with Mr. Gonzalez-Lizola.

1  IT IS STIPULATED that the period from the signing of this Order up
2 to and including November 30, 2007 be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
5 preparation of defense counsel.
6 Dated: October 11, 2007
7                                      Respectfully submitted,
8                                      DANIEL BRODERICK
                                       Federal Defender
9
10                                     /s/ Caro Marks
                                       _____
11                                     CARO MARKS
                                       Assistant Federal Defender
12                                     Attorney for Defendant
                                       MARIO GONZALEZ-LIZOLA
13
14 Dated: October 11, 2007
15                                     MCGREGOR SCOTT
                                       United States Attorney
16
17                                     /s/ Samuel Wong
                                       _____
18                                By:  SAMUEL WONG
                                       Assistant U.S. Attorney
19
20                                  ORDER
21
22     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference presently set for October 12, 2007,
24 be continued to November 30, 2007, at 10:00 a.m.  Based on the
25 representation of defense counsel and good cause appearing therefrom,
26 the Court hereby finds that the failure to grant a continuance in this
27 case would deny defense counsel reasonable time necessary for effective
28 preparation, taking into account the exercise of due diligence.  The

-2-

1  Court finds that the ends of justice to be served by granting a
2  continuance outweigh the best interests of the public and the defendant
3  in a speedy trial.  It is ordered that time from the date of this
4  stipulation, October 11, 2007, to, and including, the November 30, 2007
5  status conference shall be excluded from computation of time within
6  which the trial of this matter must be commenced under the Speedy Trial
7  Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, to
8  allow defense counsel time to prepare.
9  Dated: October 11, 2007

                                        /s/ Edward J. Garcia
                                        Honorable Edward J. Garcia
                                        Senior United States District Judge