DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARIO GONZALEZ-LIZOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-328 EJG |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| MARIO GONZALEZ-LIZOLA, | ) | |
| Defendant. | ) | Date: February 8, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Mario Gonzalez-Lizola, as follows:

The Status Conference date of January 11, 2008 should be continued until February 8, 2008. The reason for the continuance is that defense counsel is currently in jury trial and unavailable for a status conference on that date. Defense counsel is also not done reviewing the discovery or negotiating a possible resolution with the government.

1  IT IS STIPULATED that the period from the date of this Stipulation
2 up to and including February 8, 2008 be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity of
5 counsel and preparation of defense counsel.
6 Dated: January 7, 2008

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MARIO GONZALEZ-LIZOLA
```

14 Dated: January 7, 2008

```
                                    MCGREGOR SCOTT
                                    United States Attorney


                                     /s/ Samuel Wong
                                    _____
                                By: SAMUEL WONG
                                    Assistant U.S. Attorney
```

20                             ORDER
21
22  UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference presently set for January 11, 2008,
24 be continued to February 8, 2008, at 10:00 a.m.  Based on the
25 representation of defense counsel and good cause appearing therefrom,
26 the Court hereby finds that the failure to grant a continuance in this
27 case would deny defense counsel reasonable time necessary for effective
28 preparation, taking into account the exercise of due diligence.  The

1  Court finds that the ends of justice to be served by granting a
2  continuance outweigh the best interests of the public and the defendant
3  in a speedy trial.  It is ordered that time from the date of this
4  stipulation, January 7, 2008, to and including, the February 8, 2008
5  status conference shall be excluded from computation of time within
6  which the trial of this matter must be commenced under the Speedy Trial
7  Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, for
8  continuity of counsel and to allow defense counsel time to prepare.
9  Dated: January 8, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge