DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARIO GONZALEZ-LIZOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-328 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| MARIO GONZALEZ-LIZOLA, | ) | |
| | ) | Date: March 7, 2008 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Mario Gonzalez-Lizola, as follows:

The Status Conference date of February 8, 2008 should be continued until March 7, 2008. The reason for the continuance is that last week, the government tendered the defendant a plea agreement. Because defense counsel has been in trial for a little over a month she needs additional time to review the agreement and then to review it in

spanish with the defendant and an interpreter.  Defense counsel will be unable to accomplish this by Friday, February 8, 2008.

IT IS STIPULATED that the period from the date of this Stipulation up to and including March 7, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity of counsel and preparation of defense counsel.

Dated: February 6, 2008

                                          Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

                                          /s/ Caro Marks
                                          _____
                                          CARO MARKS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          MARIO GONZALEZ-LIZOLA

Dated: February 6, 2008

                                          MCGREGOR SCOTT
                                          United States Attorney

                                           /s/ Samuel Wong
                                          _____
                                        By:  SAMUEL WONG
                                               Assistant U.S. Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 8, 2008, be continued to March 7, 2008, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this

case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this stipulation, February 8, 2008, to and including, the March 7, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, for continuity of counsel and to allow defense counsel time to prepare.

Dated:   February 7, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge