```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARIO GONZALEZ-LIZOLA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. CR-S-07-328 EJG |
| )                               | |
| Plaintiff,      )               | |
| )                               | STIPULATION AND ORDER TO CONTINUE |
| v.        )                     | STATUS CONFERENCE |
| )                               | |
| MARIO GONZALEZ-LIZOLA,     )    | |
| )                               | Date:  October 31, 2008 |
| Defendant.      )               | Time:  10:00 a.m. |
| )                               | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Mario Gonzalez-Lizola, as follows:

The Status Conference date of October 3, 2008, 2008 should be continued until October 31, 2008. The reason for the continuance is that Ms. Marks was in a car accident and is still in the hospital. Ms. Marks will be out of the office for at least two weeks. Ms. Marks will need additional time to meet with the client once she returns to the

1  office.

2     IT IS STIPULATED that the period from the date of this Stipulation
3  up to and including October 31, 2008 be excluded in computing the time
4  within which trial must commence under the Speedy Trial Act, pursuant
5  to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity of
6  counsel and preparation of defense counsel.
7  Dated: September 29, 2008
8                                     Respectfully submitted,
9                                     DANIEL BRODERICK
                                      Federal Defender
10
11                                    /s/ Caro Marks
12                                    _____
                                      CARO MARKS
                                      Assistant Federal Defender
13                                    Attorney for Defendant
                                      MARIO GONZALEZ-LIZOLA
14
15 Dated: September 29, 2008
16                                    MCGREGOR SCOTT
                                      United States Attorney
17
18                                     /s/ Samuel Wong
19                                    _____
                                  By: SAMUEL WONG
                                      Assistant U.S. Attorney
20
21                                  ORDER
22
23     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
24 ordered that the status conference presently set for October 3, 2008,
25 be continued to October 31, 2008, at 10:00 a.m.  Based on the
26 representation of defense counsel and good cause appearing therefrom,
27 the Court hereby finds that the failure to grant a continuance in this
28 case would deny defense counsel reasonable time necessary for effective

1  preparation, taking into account the exercise of due diligence.  The
2  Court finds that the ends of justice to be served by granting a
3  continuance outweigh the best interests of the public and the defendant
4  in a speedy trial.  It is ordered that time from the date of this
5  stipulation, September 29, 2008, to and including, the October 31, 2008
6  status conference shall be excluded from computation of time within
7  which the trial of this matter must be commenced under the Speedy Trial
8  Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, for
9  continuity of counsel and to allow defense counsel time to prepare.
10 Dated: September 30, 2008

                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    Senior United States District Judge