1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   CARO MARKS, Bar #159267
    Senior Litigator
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6
    Attorney for Defendant
7   MARIO GONZALEZ-LIZOLA

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,        )  No. CR-S-07-328 EJG
14                                    )
                      Plaintiff,      )
15                                    )  STIPULATION AND ORDER TO CONTINUE
          v.                          )  STATUS CONFERENCE
16                                    )
    MARIO GONZALEZ-LIZOLA,            )
17                                    )  Date:  December 12, 2008
                      Defendant.      )  Time:  10:00 a.m.
18                                    )  Judge: Hon. Edward J. Garcia
    _____ )
19

20
          It is hereby stipulated between the parties, Samuel Wong,
21
    Assistant United States Attorney, attorney for Plaintiff, and Caro
22
    Marks, attorney for defendant Mario Gonzalez-Lizola, as follows:
23
          The Status Conference date of October 31, 2008 should be continued
24
    until December 12, 2008.  The reason for the continuance is that Ms.
25
    Marks is still  recovering from the injuries she sustained in her
26
    accident.  She will be out of the office for at least the next month.
27
    Additionally she need time to meet with the client once she returns to
28

1    the office to explain a plea offer made by the United States to him.

2        IT IS STIPULATED that the period from the date of this Stipulation

3    up to and including December 12, 2008 be excluded in computing the time

4    within which trial must commence under the Speedy Trial Act, pursuant

5    to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity of

6    counsel and preparation of defense counsel.

7    Dated: October 21, 2008

8                                    Respectfully submitted,

9                                    DANIEL BRODERICK
                                     Federal Defender
10

11                                   /s/ Caro Marks

12                                   _____
                                     CARO MARKS
                                     Assistant Federal Defender
13                                   Attorney for Defendant
                                     MARIO GONZALEZ-LIZOLA
14

15   Dated: October 21, 2008

16                                   MCGREGOR SCOTT
                                     United States Attorney
17

18                                    /s/ Samuel Wong
                                     _____
19                               By: SAMUEL WONG
                                     Assistant U.S. Attorney
20

21                                  ORDER

22

23       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

24   ordered that the status conference presently set for October 31, 2008,

25   be continued to December 12, 2008, at 10:00 a.m.  Based on the

26   representation of defense counsel and good cause appearing therefrom,

27   the Court hereby finds that the failure to grant a continuance in this

28   case would deny defendant continuity of counsel and defense counsel

1   reasonable time necessary for effective preparation, taking into
2   account the exercise of due diligence.  The Court finds that the ends
3   of justice to be served by granting a continuance outweigh the best
4   interests of the public and the defendant in a speedy trial.  It is
5   ordered that time from the date of this stipulation, October 21, 2008,
6   to and including, the December 12, 2008 status conference shall be
7   excluded from computation of time within which the trial of this matter
8   must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
9   3161(h)(8)(B)(iv) and Local Code T-4, for continuity of counsel and to
10  allow defense counsel time to prepare.
11  Dated:   October 22, 2008
12
13                              /s/ Edward J. Garcia
                                EDWARD J. GARCIA
14                              Senior United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28