1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )   NO. CR. S-07-328 EJG
                               )
12              Plaintiff,      )   STIPULATION AND ORDER CONTINUING
                               )   STATUS CONFERENCE AND EXCLUDING
13         v.                   )   TIME UNDER THE SPEEDY TRIAL ACT
                               )
14 MARIO GONZALEZ-LIZOLA,       )
                               )   Court:  Hon. Edward J. Garcia
15              Defendant.      )   Date:   December 12, 2008
                               )   Time:   10:00 a.m.
16 _____)

17

18      Whereas, there is currently set a status conference on

19 December 12, 2008, at 10:00 a.m.;

20      Whereas, Assistant Federal Defender Jeffrey Staniels, has

21 very recently substituted into this case as defense counsel for

22 defendant Mario Gonzalez-Lizola in place of Assistant Federal

23 Defender Caro Marks, who is still recovering from a motor vehicle

24 accident and has not yet returned to work;

25      Whereas, new defense counsel will need additional time to

26 review the discovery, conduct legal research, conduct additional

27 factual investigation, and communicate with defendant regarding a

28 plea offer made to him with the aid of a Spanish/English language

                              1

1  interpreter,

2      IT IS HEREBY stipulated between plaintiff United States of

3  America, on the one hand, and defendant Gonzalez-Lizola, on the

4  other hand, by and through their respective undersigned counsel,

5  that the previously set December 12, 2008, at 10:00 a.m., status

6  conference shall be continued to January 23, 2009, at 10:00 a.m.

7      It is further stipulated and agreed between the parties that

8  the time period from the date of this stipulation, December 10,

9  2008, through and including January 23, 2009, shall be excluded

10  from computation of time within which the trial of the above

11  criminal prosecution must commenced under the Speedy Trial Act

12  for defense preparation as described in this stipulation.  All

13  parties stipulate and agree that this is an appropriate exclusion

14  of time within the meaning of Title 18, United States Code,

15  Section 3161(h)(8)(B)(iv), and Local Code T4.

16  Dated:  December 10, 2008          Respectfully submitted,

17

18                                      _/s/ Jeffrey Staniels_
                                      JEFFREY STANIELS
19                                      Assistant Federal Defender
                                      Attorney for defendant
20                                      Mario Gonzalez-Lizola
                                      (per email authorization)

21

22                                      McGREGOR W. SCOTT
                                      United States Attorney
23

24                                      By: _/s/Samuel Wong_
                                          SAMUEL WONG
25                                          Assistant U.S. Attorney

26

27

28

                                    2

1                                  ORDER

2

3        Based on the stipulation of the parties and good cause

4   appearing therefrom, the Court hereby adopts the stipulation of

5   the parties in its entirety as its order.

6        Based on the stipulation of the parties and good cause

7   appearing therefrom, the Court hereby finds that the failure to

8   grant a continuance in this case would deny new defense counsel

9   reasonable time for effective preparation taking into account the

10  exercise of due diligence.  The Court specifically finds that the

11  ends of justice served by the granting of such continuance

12  outweigh the interests of the public and the defendant in a

13  speedy trial.

14       IT IS SO ORDERED.

15

16  Dated: December 11, 2008        /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
17                                  United States District Judge

18

19

20

21

22

23

24

25

26

27

28

                                    3