DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO GONZALEZ-LIZOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-328 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| MARIO GONZALEZ-LIZOLA, | |
| Defendant. | Date: January 23, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, attorney for defendant Mario Gonzalez-Lizola, as follows:

The Status Conference date of January 23, 2009, should be continued until February 27, 2009.  The reason for the continuance is that the case has been re-assigned to Mr. Staniels due to an injury suffered by Assistant Defender Caro Marks, who is still recovering from the injuries she sustained in her accident.  Due also to the timing of workload conflicts affecting Mr. Staniels, and also his investigator-interpreter, sufficient consultation with Mr. Gonzalez-Lizola to

1  determine whether the case can be resolved without trial, and to fully
2  determine what other preparation must be done has not been completed.
3      IT IS STIPULATED that the period from the date of this Stipulation
4  up to and including February 27, 2009, be excluded in computing the
5  time within which trial must commence under the Speedy Trial Act,
6  pursuant to  18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T4, to
7  permit necessary preparation by defense counsel.
8  Dated: January 22, 2009
9                                         Respectfully submitted,
10                                        DANIEL BRODERICK
                                          Federal Defender
11
12                                        /s/ Jeffrey Staniels
                                          _____
13                                        JEFFREY L. STANIELS
                                          Assistant Federal Defender
14                                        Attorney for Defendant
                                          MARIO GONZALEZ-LIZOLA
15
16 Dated: January 22, 2009
17                                        LARRY G. BROWN
                                          Acting United States Attorney
18
19                                        /s/ Samuel Wong
                                          _____
20                                   By:  SAMUEL WONG
                                          Assistant U.S. Attorney
21
22                                      ORDER
23
24     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
25 ordered that the status conference presently set for January 23, 2009,
26 be continued to February 27, 2009, at 10:00 a.m.  Based on the
27 representation of defense counsel and good cause appearing therefrom,
28 the Court hereby finds that the failure to grant a continuance in this

-2-

1 case would deny defendant continuity of counsel and defense counsel
2 reasonable time necessary for effective preparation, taking into
3 account the exercise of due diligence.  The Court finds that the ends
4 of justice to be served by granting a continuance outweigh the best
5 interests of the public and the defendant in a speedy trial.  It is
6 ordered that time from the date of this stipulation, January 22, 2009,
7 to and including, the February 27, 2009, status conference shall be
8 excluded from computation of time within which the trial of this matter
9 must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
10 3161(h)(8)(A) & (B)(iv), Local Code T-4, to allow defense counsel time
11 to prepare.
12 Dated: January 22, 2009

14 /s/ Edward J. Garcia
   EDWARD J. GARCIA
15 Senior United States District Judge