```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   MARIO GONZALEZ-LIZOLA
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-328 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| MARIO GONZALEZ-LIZOLA, | ) |
| | ) Date: February 27, 2009 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Edward J. Garcia |
| _____ | ) |

    It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, attorney for defendant Mario Gonzalez-Lizola, as follows:

    The Status Conference date of February 27, 2009, should be continued until April 17, 2009.  The reason for the continuance is to permit discussions concerning non-trial resolution to be completed. Efforts to do so have been impacted by the timing of recently resolved workload conflicts affecting Mr. Staniels, and the continuing heavy workload of his investigator-interpreter.  Sufficient consultation with Mr. Gonzalez-Lizola to determine whether the case can be resolved

1  without trial, and to fully determine what other preparation must be
2  done should be completed by April 17, 2009.
3      IT IS STIPULATED that the period from the date of this Stipulation
4  up to and including April 17, 2009, be excluded in computing the time
5  within which trial must commence under the Speedy Trial Act, pursuant
6  to  18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T4, to permit
7  necessary preparation by defense counsel.
8  Dated: February 26, 2009
9                                         Respectfully submitted,
10                                        DANIEL BRODERICK
                                          Federal Defender
11
12                                        /s/ Jeffrey Staniels
                                          _____
13                                        JEFFREY L. STANIELS
                                          Assistant Federal Defender
14                                        Attorney for Defendant
                                          MARIO GONZALEZ-LIZOLA
15
16  Dated: February 26, 2009
17                                        LAWRENCE G. BROWN
                                          Acting United States Attorney
18
19                                         /s/ Samuel Wong
                                          _____
20                                    By: SAMUEL WONG
                                          Assistant U.S. Attorney
21
22                                **ORDER**
23      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
24  ordered that the status conference presently set for February 27, 2009,
25  be continued to April 17, 2009, at 10:00 a.m.  Based on the
26  representation of defense counsel and good cause appearing therefrom,
27  the Court hereby finds that the failure to grant a continuance in this
28  case would deny defendant continuity of counsel and defense counsel

-2-

1  reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.  The Court finds that the ends
3  of justice to be served by granting a continuance outweigh the best
4  interests of the public and the defendant in a speedy trial.  It is
5  ordered that time from the date of this stipulation, February 26, 2009,
6  to and including, the April 17, 2009, status conference shall be
7  excluded from computation of time within which the trial of this matter
8  must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
9  3161(h)(8)(A) & (B)(iv), Local Code T-4, to allow defense counsel time
10 to prepare.
11 Dated: February 26, 2009

                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    Senior United States District Judge