| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | JEFFREY L. STANIELS, #91413 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorney for Defendant |
| | MARIO GONZALEZ-LIZOLA |
| 7 | |

FILED

MAY 29 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-328 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| | ) |
| MARIO GONZALEZ-LIZOLA, | ) |
| | ) Date: June 26, 2009 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Edward J. Garcia |
| | ) |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Mario Gonzalez-Lizola, as follows:

The Status Conference date of June 1, 2009, should be continued until June 26, 2009 and set for a change of plea on that date. The reason for the continuance is that the defendant has accepted the government's plea offer and the parties need time to craft a plea agreement and the factual basis thereto. Since the defendant is now housed in Butte County Jail, defense counsel will then need time to travel there with an interpreter and review the plea agreement with the

1 defendant.

2 IT IS STIPULATED that the period from the date of this Stipulation
3 up to and including June 26, 2009 be excluded in computing the time
4 within which trial must commence under the Speedy Trial Act, pursuant
5 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, preparation of
6 defense counsel.

Dated: May 28, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks

CARO MARKS
Assistant Federal Defender
Attorney for Defendant
MARIO GONZALEZ-LIZOLA

Dated: May 28, 2009

LAWRENCE BROWN
Acting United States Attorney

/s/ Samuel Wong

By: SAMUEL WONG
Assistant U.S. Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
ordered that the status conference presently set for June 1, 2009, be
continued to June 26, 2009, at 10:00 a.m. Based on the representation
of defense counsel and good cause appearing therefrom, the Court hereby
finds that the failure to grant a continuance in this case would deny
defendant reasonable time necessary for effective preparation, taking

into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this stipulation, May 28, 2009, to and including, the June 26, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: 5/29/09

_____
EDWARD J. GARCIA
Senior United States District Judge