```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARIO GONZALEZ-LIZOLA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>          Plaintiff,  <br>     v.  <br>MARIO GONZALEZ-LIZOLA,  <br>          Defendant. | No. CR-S-07-328 EJG  <br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE  <br><br>Date: July 10, 2009  <br>Time: 10:00 a.m.  <br>Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Mario Gonzalez-Lizola, as follows:

The Status Conference date of June 26, 2009, should be continued until July 10, 2009 and set for a change of plea on that date. The reason for the continuance is to allow the parties time to complete the factual basis for the plea agreement. The defendant is now housed in Butte County Jail, and defense counsel will then need time to travel there with an interpreter and discuss the proposed factual basis agreement with the defendant.

1      IT IS STIPULATED that the period from the date of this Stipulation
2 up to and including July 10, 2009 be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, preparation of
5 defense counsel.
6 Dated: June 23, 2009
7                                        Respectfully submitted,
8                                        DANIEL BRODERICK
                                         Federal Defender
9
10                                       /s/ Caro Marks
                                         _____
11                                       CARO MARKS
                                         Assistant Federal Defender
12                                       Attorney for Defendant
                                         MARIO GONZALEZ-LIZOLA
13
14 Dated: June 23, 2009
15                                       LAWRENCE BROWN
                                         Acting United States Attorney
16
17                                        /s/ Samuel Wong
                                         _____
18                                   By: SAMUEL WONG
                                         Assistant U.S. Attorney
19
20                                   ORDER
21
22      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference presently set for June 26, 2009, be
24 continued to July 10, 2009, at 10:00 a.m.  Based on the representation
25 of defense counsel and good cause appearing therefrom, the Court hereby
26 finds that the failure to grant a continuance in this case would deny
27 defendant reasonable time necessary for effective preparation, taking
28 into account the exercise of due diligence.  The Court finds that the

1  ends of justice to be served by granting a continuance outweigh the
2  best interests of the public and the defendant in a speedy trial.  It
3  is ordered that time from the date of this stipulation, June 23, 2009,
4  to and including, the July 10, 2009 status conference shall be excluded
5  from computation of time within which the trial of this matter must be
6  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
7  3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to
8  prepare.
9  Dated: June 23, 2009

                                      /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
                                      Senior United States District Judge