AO 455 (Rev. 10/95) Waiver of Indictment

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—oOo—

**FILED**

JUL 16 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
　　DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MARIO GONZALEZ-LIZOLA | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: CRS-07-328 EJG |

I, MARIO GONZALEZ-LIZOLA, the above named defendant, who is accused of Unlawful Use of a Communication Facility to Facilitate a Felony Drug Offense and Aiding and Abetting, in violation of 21 U.S.C. § 843(b) and 18 U.S.C. § 2, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on July 10, 2009, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

*/s/ Mario*

MARIO GONZALEZ-LIZOLA
*Defendant*

*/s/ Caro Marks*

CARO MARKS, Assistant Federal Defender
*Counsel for Defendant*

Before  */s/ Edward J. Garcia*

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE