**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**MEMORANDUM**

FILED
AUG 1 8 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: Mario GONZALEZ-LIZOLA
Docket Number: 2:07CR00328-01 - EJG
**CONTINUANCE OF JUDGMENT**
**AND SENTENCING**

/s/ Order thereon   c/EJG

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from September 25, 2009 to November 6, 2009 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Based on scheduling conflicts between defense counsel and the probation officer and the need to review further investigative material, the presentence interview has not been completed.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

/s/ Brenda Barron-Harrell

BRENDA BARRON-HARRELL
United States Probation Officer

REVIEWED BY: /s/ Linda L. Alger

LINDA L. ALGER
Supervising United States Probation Officer

Dated:   August 17, 2009
         Sacramento, California

FILED
SEP 22 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

Attachment

1

Rev. 08/2007
CONTINUANCE ~ TO JUDGE (EJG).MRG

**RE:** Mario GONZALEZ-LIZOLA
Docket Number:  2:07CR00328-01
<u>**CONTINUANCE OF JUDGMENT AND SENTENCING**</u>

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ Approved

___ Disapproved

_____
**EDWARD J. GARCIA**
**Senior United States District Judge**

9/22/09

**Date**

Rev. 08/2007
CONTINUANCE ~ TO JUDGE (EJG).MRG

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Mario GONZALEZ-LIZOLA | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 11/06/2009 @10:00 a.m. |
| Reply or Statement of Non-Opposition | 10/30/2009 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/23/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/16/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 10/09/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 09/25/2009 |